**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 108.88.168.205**

**ISP:** AT&T Internet Services
**Physical Location:** South Lyon, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/27/2018 06:00:03 | 16540A069860446050189D1C8F2DA71FE4787B69 | Stripshow Sex |
| 12/01/2017 03:34:42 | 2C0A36D1373FC8BC1054A2797BE5C87E2BF743B3 | Black Friday Can FUCK My Ass |
| 08/14/2017 04:45:46 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 07/24/2017 16:19:08 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

NEMI393